# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/13/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 03-00495DAE

CASE NAME:       U.S.A. Vs. (02) Roman Calderon, (03) Jason Maxwell, (06) Altert Powell, III (07) Corey Manley and (08) Vincent Furtado

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:     David Alan Ezra           REPORTER:

DATE:      1/13/2006                 TIME:

---

COURT ACTION:  EO: Stipulation to Continue Trial, Final PreTrial Conference and Motions Deadline will be submitted for Court's Signature.

Jury Selection/Jury Trial-2/7/2006 continued to 7/25/2006 @9:00 a.m. before Judge Ezra.

Defendant (06) Albert Powell III's Motion in Limine continued to 7/25/2006 @9:00 a.m.

Final PreTrial Conference-1/17/2006 continued to 6/26/2006 @l0:00 a.m. before Judge Kurren.

Defendant's Motions are to be filed by 5-22-2006

Government's Response to be filed by 6-5-06

Time excluded from 2/7/06 to 7/25/06

Submitted by Leslie L. Sai, Courtroom Manager