# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/9/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR NO. 03-00495DAE

CASE NAME: U.S.A. Vs. (02) Roman Calderon, (03) Jason Maxwell, (06) Albert Powell, III, (07) Corey Manley and (08) Vincent Furtado

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi          REPORTER:

DATE: 1/9/2006                      TIME:

COURT ACTION: EO: Final PreTrial Conference as to Defendants (02) Roman Calderon, (03) Jason Maxwell, (06) Albert Powell, III, (07) Corey Manley and (08) Vincent Furtado set for 1/9/2006 continued to 1/17/2006 @l0:00 a.m. before Judge Kobayashi.

Submitted by Leslie L. Sai, Courtroom Manager

G:\docs\leslie\CR 03-495-Minutes.wpd