EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS     #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495-02 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | HEARING ON DEFENDANT'S MOTION |
| vs. | ) | TO DISMISS |
| | ) | |
| ROMAN CALDERON,    (02) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION TO CONTINUE HEARING**
**ON DEFENDANT'S MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED between the parties, the United States of America by and through Assistant U.S. Attorney Chris A. Thomas, and the Defendant, Roman Calderon, by and through his respective attorneys, Drago Campa, Esq., and the parties respectfully requests, that the Court approve a continuance of the hearing date on Defendant's Motion to Dismiss for Lack of Timely Prosecution, filed August 31, 2005, in this

case is currently set for November 28, 2005, at 10:30 a.m. before the Honorable Judge David Alan Ezra to December 28, 2005 at 10:30 a.m. before the Honorable Judge David Alan Ezra.

        DATED: January 30, 2006, at Honolulu, Hawaii.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii

                By /s/ Chris A. Thomas
                   CHRIS A. THOMAS
                   Assistant U.S. Attorney

                 /s/ Drago Campa
                CONTRERAS & CAMPA, LLP,

                By: DRAGO CAMPA, ESQ.
                Attorneys for Defendant,
                   ROMAN CALDERON

THE COURT SO FINDS,
APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, February 1, 2006.



                _____
                David Alan Ezra
                United States District Judge

U.S. V. Roman Calderon
Cr. No. 03-00495-02 DAE
"Stipulation to Continue Hearing
   on Motion to Dismiss"