# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00495DAE |
| CASE NAME: | USA v. (02) Roman Calderon, (03) Jason Maxwell |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | (03) Arnold T. Phillips, III |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 06/26/2006 | TIME: | 10:07 - 10:08 |

COURT ACTION:  EP: Final Pretrial Conference as to (02) Roman Calderon, (03) Jason Maxwell - defts' presence waived.  A date for a change of plea will be set.

Submitted by Richlyn W. Young, courtroom manager