ORIGINAL

Anthony Contreras
CONTRERAS & CAMPA, LLP
Wilshire Financial Tower
3600 Wilshire Blvd., Suite 900
Los Angeles, Calif., 90010-2613

Telephone: (213) 480-8565
Telecopier: (213) 480-6675

Attorneys for Defendant: Roman Calderon

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 27 2006

at 10 o'clock and 10 min. A M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR No. 03-00495-02 DAE |
|---|---|
| Plaintiff, | EX-PARTE APPLICATION FOR ORDER TO SHORTEN TIME TO HEAR DEFENDANT ROMAN CALDERON'S MOTION TO DISMISS FOR FAILURE TO TIMELY PROSECUTE, AND TO SET A SPEEDY TRIAL DATE |
| vs. | |
| ROMAN CALDERON (02), et al., | |
| Defendants. | EX-PARTE APPLICATION:<br><br>Date:    July 27, 2006<br>Judge:   Hon., David A. Ezra |

///

///

///

## EX-PARTE APPLICATION TO SHORTEN TIME TO HEAR DEFENDANT ROMAN CALDERON'S MOTION TO DISMISS FOR FAILURE TO TIMELY PROSECUTE, AND TO SET SPEEDY TRIAL DATE

COMES NOW Defendant ROMAN CALDERON, by and through his attorneys of record herein, and applies to this Honorable Court for an order to shorten time to set a date for hearing his Motion to Dismiss for Failure to Timely Prosecute, and also to set a speedy trial date.

Mr. Calderon brings this motion because the prosecution has failed to bring this matter timely before the Court, despite his counsel's repeated efforts urging the prosecutor to do so. Counsel has made every reasonable effort possible since this same time last year, to advance the matter on Defendant's behalf. However, defense Counsel's efforts have been thwarted by the prosecution's dilatory tactics. **Defendant, and his attorney, are ready for trial, wish no further delay in the prosecution of this matter, and hereby apply to this Court for an order that Mr. Calderon be brought before a jury.**

Dated: July 26, 2006                    Respectfully submitted,

CONTRERAS & CAMPA, LLP

_____
Anthony Contreras
Attorneys for Defendant Roman Calderon