**DECLARATION OF ANTHONY CONTRERAS IN SUPPORT OF DEFENDANT ROMAN CADLERON'S EX-PARTE APPLICATION TO SHORTEN TIME FOR AN ORDER TO SET A DATE FOR HEARING ON DEFENDANT'S MOTION TO DISMISS AND SET A SPEEDY TRIAL DATE**

I, ANTHONY CONTRERAS, declare:

1.   I am duly licensed to practice law in before this Court, and in good standing with the State Bar. I am a partner in the firm of Contreras & Campa, LLP, attorneys of record for defendant Roman Calderon in the above-entitled action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could, and would testify competently thereto.

2.   The above entitled action was scheduled to commence trial by jury on 25 July 2006, at 9:00 a.m., in Courtroom 6, before the Honorable, David A. Ezra, Judge presiding. I arrived from Los Angeles, California, on July 24th, 2006. On July 25, 2006, at 9:00 a.m., I arrived at Courtroom 6 of the above-entitled court ready to proceed to trial on behalf of defendant Roman Calderon. However, to my great surprise, the courtroom was dark, with no one present.

3.   Immediately thereafter I proceeded to the Clerk's Office, located on the third floor of the above-entitled Court, to conduct a computer search of the court's record on the matter.

4.  Based upon my review of the computerized court's record on the matter, I discovered an entry dated July 18, 2006, indicating that: "Jury Selection/Trial continued from 7/25/06 9:00 a.m. to 11/28/06 9:00a.m. ..."

5.  At no time prior to July 25, 2006, was I provided with any notice of the continuance of trial in the above-entitled action from 7/25/06 to 11/28/06, nor am I aware of any good cause that may exist for this apparent unilateral continuance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct according to my knowledge.

Dated: July 26, 2006

Respectfully submitted,

CONTRERAS & CAMPA, LLP

_____
Anthony Contreras
Attorneys for Defendant Roman Calderon