## **CERTIFICATE OF SERVICE**

I, Drago Campa, hereby certify that a true and correct copy of the foregoing document was duly hand-delivered to the following on : July 27, 2006.

    Chris Thomas, Esq.
    Assistant U.S. Attorneys
    United States Attorney's Office
    PJKK Federal Building
    300 Ala Moana Blvd.
    Box 50183
    Honolulu, Hawaii  96850

    Attorneys for United States of America

DATED: Honolulu, Hawaii July 27, 2006

                                    Drago Campa
                                    Attorney for Defendant
                                    Roman Calderon