# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 03-00495DAE |
| CASE NAME: | USA vs. (02) ROMAN CALDERON<br>USA vs. (07) COREY MANLEY |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | (02) Anthony Contreras<br>    Benjamin D. Martin<br>(07) Stephen M. Shaw |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 10/30/2006 | TIME: | 10:13-10:22 |

COURT ACTION:  EP: Final Pretrial Conference not held.

Defendant (02) Roman Calderon not present.  Counsel for Defendant (02) Atty Anthony Contreras and Atty Benjamin D. Martin not present.

Defendant (07) Corey Manley present, not in custody.  Counsel for Defendant (07) Stephen M. Shaw present.

Oral Motion to Continue Trial Granted.

Jury Selection/Trial is continued to 9:00 2/27/07, DAE.
Final Pretrial Conference is continued to 10:00 1/8/07, KSC.
Defendant's Motions due 12/26/06.
Government's Response due 1/9/07.

Time excluded from 11/28/06 thru 2/27/07 from the requirements of the Speedy Trial Act.  Govt to prepare Order.

Submitted by: Warren N. Nakamura, Courtroom Manager