# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 03-00495DAE |
| CASE NAME: | USA vs. (02) ROMAN CALDERON |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | (02) Anthony Contreras<br>Benjamin D. Martin |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 10/30/2006 | TIME: | 10:46-10:51 |

COURT ACTION:  EP: Status Conference:

Defendant (02) Roman Calderon not present.  Counsel for Defendant (02) Atty Anthony Contreras not present and Atty Benjamin D. Martin present.

Order to Show Cause Re: Counsel's Non Appearance at Final Pretrial Conference set for 9:00 11/6/06, LEK.

**Counsel for Defendant (02) Atty Anthony Contreras and local counsel Benjamin D. Martin to be physically present for OSC.**

Submitted by: Warren N. Nakamura, Courtroom Manager