# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/06/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 03-00495DAE |
| CASE NAME: | USA vs. (02) ROMAN CALDERON |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | (02) Anthony Contreras<br>(02) Benjamin D. Martin |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 11/06/2006 | TIME: | 9:07-9:16 |

COURT ACTION:  EP: Order to Show Cause Re: Counsel's Non-Appearance at Final Pretrial Conference - Defendant (02) Roman Calderon present in custody.

Atty Anthony Contreras not present.  Atty Benjamin D. Martin present.  Atty Drago Campa participated by phone.

Further Order to Show Cause Re: Counsel's Non-Appearance at Final Pretrial Conference set for 9:00 11/16/06, LEK.

Defendant (02) Roman Calderon  remanded to the custody of the US Marshal.


Submitted by: Warren N. Nakamura, Courtroom Manager