EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   #2286
Chief, Narcotics Section

CHRIS A. THOMAS        #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00495 DAE |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| ROMAN CALDERON,    (02) ) | |
| and COREY MANLEY    (07) ) | |
| ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE

I hereby certify that the Order Continuing Trial and to Exclude Time was signed and filed on November 6, 2006 and was served on the following counsel on November 7, 2006:

Served by First Class mail:

    Anthony Contreras, Esq.
    Wilshire Financial tower
    3600 Wilshire Blvd., Suite 900
    Los Angeles, CA 90010-2613

    Benjamin D. Martin, Esq.
    1188 Bishop Street, Suite 1810
    Honolulu, HI 96813

    Attorneys for Defendant
    ROMAN CALDERON


    Stephen M. Shaw, Esq.
    P.O. Box 2353
    Honolulu, HI 96804

    Attorney for Defendant
    COREY MANLEY

    DATED:  Honolulu, Hawaii, November 7, 2006.


                                  /s/ Janice Tsumoto


UNITED STATES v. ROMAN CALDERON, et al.
Cr. No. 03-00495 DAE
"Certificate of Service"