# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/14/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:         CR NO. 03-00495DAE

CASE NAME:           USA vs. (02) ROMAN CALDERON

ATTYS FOR PLA:       Darren W.K. Ching for Chris A. Thomas

ATTYS FOR DEFT:      (02) Anthony Contreras
                     (02) Benjamin D. Martin

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 11/14/2006 | TIME: | 9:12-9:24 |

COURT ACTION:  EP: Status Conference with Counsel only held. Defendant (02) Roman Calderon not present, presence waived.

Atty Anthony Contreras participated by phone. Order to Show Cause as to Counsel Anthony Contreras' Non Appearance Vacated.

Submitted by: Warren N. Nakamura, Courtroom Manager