# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/8/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR03-00495DAE

CASE NAME:       USA v. (02) Roman Calderon
                 (07) Corey Manley

ATTYS FOR PLA:   Chris Thomas

ATTYS FOR DEFT:  (02) Anthony Contreras
                 (07) Stephen M. Shaw

INTERPRETER:

JUDGE:   Kevin S.C. Chang          REPORTER:   FTR C5

DATE:    1/8/2007                  TIME:       10:04-10:15:47am

COURT ACTION:  EP: Final Pretrial Conference.

Mr. Contreras making a Special Appearance today informed the court that he did not receive notice of today's Final Pretrial Conference date.  At defendant 02's request, Final Pretrial Conference continued to 1/11/07 at 9:00am, Judge Chang.  Mr. Contreras to check with Judge Ezra's courtroom manager regarding the status of his Motion to Dismiss (document #277).

Submitted by: Shari Afuso, Courtroom Manager