# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/11/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 03-00495DAE |
| CASE NAME: | United States of America Vs. (02) Roman Calderon and (07) Corey Manley |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | (02) Anthony Contreras and (07) Stephen Shaw |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5-FTR-9:08:44 |
| DATE: | 01/11/2007 | TIME: | 9:08-9:17am |

COURT ACTION:  EP: Final PreTrial Conference as to Defendants (02) Roman Calderon and (07) Corey Manley-Both Defendants' presence Waived.

Joint Oral Request for a Motion to Continue Trial-is hereby Granted.

Jury Selection/Jury Trial-4/17/2007 @9:00 a.m. before Judge Ezra.

Final PreTrial Conference-3/19/2007 @l0:00 a.m. before Judge Kobayashi.

Defendants' Motions' to Dismiss will be set for hearing on 3/12/2007 @9:00 a.m. before Judge Ezra.

Judge Chang stated for the record the findings as to excludable time as to the Trial Date. Time excluded from 2/27/2007 through 4/17/2007.

Government Counsel Chris Thomas will prepare the Order as to the Trial Continuance.

Submitted by Leslie L. Sai, Courtroom Manager