EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS       #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495 DAE |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING TRIAL AND |
| | ) | TO EXCLUDE TIME |
| vs. | ) | |
| | ) | |
| ROMAN CALDERON,      (02) | ) | OLD TRIAL DATE: 02/27/07 |
| COREY MANLEY,        (07) | ) | NEW TRIAL DATE: 04/17/07 |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER CONTINUING TRIAL AND EXCLUDING TIME

On January 11, 2007, at the scheduled Pre-trial conference before the Honorable Magistrate Judge Kevin S. C. Chang.  Chris A. Thomas, Assistant U.S. Attorney, appeared for the government; Anthony Contreras, Esq. appeared for Defendant Roman Calderon; and Stephen M. Shaw, Esq., appeared for Defendant Corey Manley.  The presence of all defendants were excused.

Upon discussion between the parties and based on an agreement between and amongst the parties and with no objection by counsel for the Defendants or for the Government,

IT WAS ORDERED that the jury trial currently scheduled for February 27, 2007, be continued to April 17, 2006 at 9:00 a.m. before the Honorable Judge David Alan Ezra.  The final pretrial conference is scheduled for March 19, 2007, at 10:00 a.m. before Magistrate Judge Leslie E. Kobayashi.

The Court found that the ends of justice outweighed the best interest of the public and the Defendants in a speedy trial because the continuance will allow counsel for the Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. § 3161(h)(8)(B)(iv).

IT WAS FURTHER ORDERED that the period beginning February 27, 2007 to and including April 17, 2007, be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161.

DATED: Honolulu, Hawaii, January 17, 2007.



_____
Kevin S.C. Chang
United States Magistrate Judge

<u>United States v. Roman Calderon, et al.</u>
Cr. No. 03-00495 HG
Order Continuing Trial and to
  Exclude Time