EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   #2286
Chief, Narcotics Section

CHRIS A. THOMAS        #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| ROMAN CALDERON,        (02) | ) | |
| and COREY MANLEY       (07) | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that the Order Continuing Trial and to Exclude Time was signed and filed on January 17, 2007 and was served on the following counsel on January 17, 2007:

Served by First Class mail:

Anthony Contreras, Esq.
Wilshire Financial tower
3600 Wilshire Blvd., Suite 900
Los Angeles, CA 90010-2613

Benjamin D. Martin, Esq.
1188 Bishop Street, Suite 1810
Honolulu, HI 96813

Attorneys for Defendant
ROMAN CALDERON


Stephen M. Shaw, Esq.
P.O. Box 2353
Honolulu, HI 96804

Attorney for Defendant
COREY MANLEY

DATED:   Honolulu, Hawaii, January 17, 2007.


                                /s/ Janice Tsumoto




UNITED STATES v. ROMAN CALDERON, et al.
Cr. No. 03-00495 DAE
"Certificate of Service"