EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI     #2286
Chief, Narcotics Section

CHRIS A. THOMAS          #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495-02 DAE |
| | ) | |
| Plaintiff, | ) | AMENDED DECLARATION OF |
| | ) | COUNSEL TO MEMORANDUM IN |
| vs. | ) | OPPOSITION TO DISMISS FOR |
| | ) | LACK OF TIMELY PROSECUTION |
| ROMAN CALDERON, | ) | FILED MARCH 15, 2007; |
| | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |
| _____ | ) | |

AMENDED DECLARATION OF COUNSEL
TO MEMORANDUM IN OPPOSITION TO DISMISS FOR
LACK OF TIMELY PROSECUTION FILED MARCH 15, 2007

   I, CHRIS A. THOMAS, hereby declare as follows:

   1.  That I am an Assistant U.S. Attorney representing the United States of America in the above-captioned case; and

      2.  That the factual representations and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

      3.  That Exhibits "A" through "M" are true and accurate individual copies of the original documents as described in the Relevant Facts Section of the government's Memorandum in Opposition to Defendant's Motion to Dismiss for Lack of Timely Prosecution.

      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

      DATED:  HONOLULU, HAWAII: March 16, 2007

                                                /s/ Chris A. Thomas
                                          CHRIS A. THOMAS

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached document was duly served on the following by facsimile and/or by U.S. mail:

    CONTRERAS & CAMPA, LLP
    Wilshire Financial Tower
    3600 Wilshire Blvd., Suite 900
    Los Angeles, CA  90010-2613

    BENJAMIN D. MARTIN, ESQ.
    1188 Bishop Street, Ste. 1810
    Honolulu, HI  96813

    Attorneys for Defendant
    ROMAN CALDERON

    STEVEN M. SHAW, ESQ.
    P. O. Box 2353
    Honolulu, HI 96804

    Attorney for Defendant
    COREY MANLEY

DATED:  March 16, 2007, at Honolulu, Hawaii.

                                /s/ Cheri Abing
                                CHERI ABING