Anthony Contreras
CONTRERAS & CAMPA, LLP
U.S. Bank Tower
633 West 5th Ave., Suite 2600
Los Angeles, CA 90017
Tel.: (213) 480-8565

Benjamin D. Martin
1188 Bishop St. Suite 1810
Honolulu, HI 96813

Attorneys for Defendant ROMAN CALDERON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROMAN CALDERON (02), <br><br> Defendant. | CR. No. 03-00495-02 DAE <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing document will be served on the following parties by ( ) U.S. Mail, or (x) personal delivery at the date of filing.

To:   EDWARD KUBO. JR. ESQ.
      U.S. Attorney,
      Chris A. Thomas
      Assistant U. S. Attorney
      United States Attorneys' Office
      PJKK Federal Building
      300 Ala Moana Blvd., Box 50183
      Honolulu, Hawaii 96850

      Attorneys for the United States Of America