IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495-02 DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| ROMAN CALDERON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

DECLARATION OF COUNSEL

I, CHRIS A. THOMAS, hereby declare as follows:

1.   That I am an Assistant U.S. Attorney representing the United States of America in the above-captioned case; and

2.   That the factual representations and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

3.   That Exhibits "A" through "M" are true and accurate individual copies of the original documents as described in the Relevant Facts Section of the government's Memorandum in Opposition to Defendant's Motion to Dismiss for Lack of Timely Prosecution.

//

//

//

     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

     DATED:   HONOLULU, HAWAII: February 15, 2007.


_____

CHRIS A. THOMAS