## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached was served on the following via U.S. Mail:

    CONTRERAS & CAMPA, LLP
    Wilshire Financial Tower
    3600 Wilshire Blvd., Suite 900
    Los Angeles, CA, 90010-2613

    Telephone: (213) 480-8565
    Facsimile: (213) 480-6675

    BENJAMIN D. MARTIN, ESQ.
    1188 Bishop Street, Ste. 1810
    Honolulu, Hawaii 96813

    Telephone: (808) 526-3836
    Facsimile: (808) 523-0938

    Attorneys for Defendant
    ROMAN CALDERON


    STEVEN M. SHAW, Esq.
    P.O. Box 2353
    Honolulu, Hawaii 96804

    Telephone: (808) 521-0800
    Facsimile: (808) 531-2129

    Attorney for Defendant
    COREY MANLEY


DATED: HONOLULU, HAWAII: March 15, 2007.

_____