EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI     #2286
Chief, Narcotics Section

CHRIS A. THOMAS          #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495 DAE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING TRIAL AND TO |
| vs. | ) | EXCLUDE TIME |
| ROMAN CALDERON,     (02) | ) | |
| JASON MAXWELL,      (03) | ) | |
| WILLIAM DUNN,       (04) | ) | |
| CRAIG CURTIS,       (05) | ) | |
| ALBERT POWELL, III, (06) | ) | OLD TRIAL DATE: 10/19/04 |
| COREY MANLEY,       (07) | ) | NEW TRIAL DATE: 12/14/04 |
| VINCENT FURTADO, a.k.a. "Ikaika", (08) | ) | |
| BENJAMIN KAINA,     (10) | ) | |
| Defendants. | ) | |

STIPULATION AND ORDER
CONTINUING TRIAL AND TO EXCLUDE TIME

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the jury trial presently scheduled for

October 19, 2004, be continued to December 14, 2004 at 9:00 a.m.

before the Honorable Susan Oki Mollway. The Final Pretrial


EXHIBIT C

Conference is set for November 15, 2004 at 10:00 a.m. before Magistrate Barry M. Kurren.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the period beginning October 19, 2004, to and including December 14, 2004, be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161. The Court finds that the ends of justice outweigh the best interest of the public and the Defendants in a speedy trial because the continuance allows counsels for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO STIPULATED.

DATED: Honolulu, Hawaii, _____.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
CHRIS A. THOMAS
Assistant U.S. Attorney

_____
ANTHONY CONTRERAS, ESQ.
Attorney for Defendant (02)
ROMAN CALDERON

_____
ARNOLD T. PHILLIPS, II, ESQ.
Attorney for Defendant (03)
JASON MAXWELL

_____
DWIGHT C. H. LUM, ESQ.
Attorney for Defendant (04)
WILLIAM DUNN

_____
GARY G. SINGH, ESQ.
Attorney for Defendant (05)
CRAIG CURTIS

2

_____
SUZANNE T. TERADA, ESQ.
Attorney for Defendant (06)
ALBERT POWELL, III

_____
STEPHEN M. SHAW, ESQ.
Attorney for Defendant (07)
COREY MANLEY

_____
ALVIN P.K.K. NISHIMURA, ESQ.
Attorney for Defendant (08)
VINCENT FURTADO, aka "Ikaika"

_____
KATHERINE P. KEALOHA, ESQ.
Attorney for Defendant (10)
BENJAMIN KAINA


IT IS SO APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, _____.


_____
HONORABLE DAVID A. EZRA
United States Chief District Judge




United States v. Roman Calderon, et al.
Cr. No. 03-00495 DAE
"Stipulation and Order Continuing Trial and to Exclude Time"