

U.S. Department of Justice

United States Attorney
District of Hawaii

PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850

(808) 541-2850
FAX (808) 541-2958

## TRANSMITTAL LETTER

TO:   **Anthony Contreras, Esq.**

DATE:   March 16, 2005

FROM:   Chris A. Thomas, AUSA

RE:   **USA vs. Roman Calderon**
**Cr. No. 03-00495 DAE**

TRANSMITTED FOR:

|    |    |    |    |
|----|----|----|----|
|    | Your Information |    | Your Further Necessary Action |
| XX | Your Signature & Return |    | Your Approval |
|    | Your Signature & Forwarding as noted Below |    | Your Review and Comment |
|    |    |    | Per Your Request |
|    | Per Our Conversation | XX | SEE REMARKS BELOW |

** SHOULD YOU HAVE QUESTIONS, PLEASE CALL OUR OFFICE **

| COPIES | DATE | DESCRIPTION |
|--------|------|-------------|
| 1 original |  | Stipulation and Order Continuing Trial and to Exclude Time (04/12/05 Trial Date) |

REMARKS:

Please sign the attached stipulation and return it to our office in the self-addressed, stamped envelope provided to you. A copy will be provided to you after filing. Thank you.



EXHIBIT D

EDWARD H. KUBO, JR.         #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI        #2286
Chief, Narcotics Section

CHRIS A. THOMAS             #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| ROMAN CALDERON,         (02) | ) | |
| JASON MAXWELL,          (03) | ) | |
| WILLIAM DUNN,           (04) | ) | |
| CRAIG CURTIS,           (05) | ) | |
| ALBERT POWELL, III,     (06) | ) | OLD TRIAL DATE: 12/14/04 |
| COREY MANLEY,           (07) | ) | NEW TRIAL DATE: 04/12/05 |
| VINCENT FURTADO, | ) | |
|   a.k.a. "Ikaika",     (08) | ) | |
| BENJAMIN KAINA,         (10) | ) | |
| | ) | |
| Defendants. | ) | |

STIPULATION AND ORDER
CONTINUING TRIAL AND TO EXCLUDE TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the jury trial presently scheduled for December 14, 2004, be continued to April 12, 2005 at 9:00 a.m. before the Honorable Susan Oki Mollway.  The Final Pretrial

Conference is set for March 14, 2005 at 10:00 a.m. before Magistrate Kevin S. C. Chang. Defendants' motions deadline is February 14, 2005 and Government's response deadline is February 28, 2005.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the period beginning December 14, 2004, to and including April 12, 2005, be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161. The Court finds that the ends of justice outweigh the best interest of the public and the Defendants in a speedy trial because the continuance allows counsels for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO STIPULATED.

DATED: Honolulu, Hawaii, _____.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
CHRIS A. THOMAS
Assistant U.S. Attorney

_____
ANTHONY CONTRERAS, ESQ.
Attorney for Defendant (02)
ROMAN CALDERON

_____
ARNOLD T. PHILLIPS, II, ESQ.
Attorney for Defendant (03)
JASON MAXWELL

_____
DWIGHT C. H. LUM, ESQ.
Attorney for Defendant (04)
WILLIAM DUNN

_____
GARY G. SINGH, ESQ.
Attorney for Defendant (05)
CRAIG CURTIS

2