

U.S. Department of Justice

United States Attorney
District of Hawaii

| | |
|---|---|
| PJKK Federal Building<br>300 Ala Moana Blvd., Room 6-100<br>Honolulu, Hawaii 96850 | (808) 541-2850<br>FAX (808) 541-2958 |

## TRANSMITTAL LETTER

TO: **Anthony Contreras, Esq.**    DATE: July 21, 2005

FROM: Chris A. Thomas, AUSA

RE: **USA vs. Roman Calderon**
**Cr. No. 03-00495 DAE**

TRANSMITTED FOR:

|   |                                           |    |                                 |
|---|-------------------------------------------|----|---------------------------------|
|   | Your Information                          |    | Your Further Necessary Action   |
|XX | Your Signature & Return                   |    | Your Approval                   |
|   | Your Signature & Forwarding as noted Below|    | Your Review and Comment         |
|   |                                           |    | Per Your Request                |
|   | Per Our Conversation                      | XX | SEE REMARKS BELOW               |

** SHOULD YOU HAVE QUESTIONS, PLEASE CALL OUR OFFICE **

| COPIES | DATE | DESCRIPTION |
|---|---|---|
| 1 original | | Stipulation and Order Continuing Trial and to Exclude Time (072605 Trial Date) |

REMARKS:

Please sign the attached stipulation and return it to our office in the self-addressed, stamped envelope provided to you. A copy will be provided to you after filing. Please note that this stip is old but is still required to be filed. The new trial date is now scheduled for September 27, 2005. Please call Maddy if you have any questions. Thank you.



EDWARD H. KUBO, JR.     #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI    #2286
Chief, Narcotics Section

CHRIS A. THOMAS         #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| ROMAN CALDERON,      (02) | ) | |
| JASON MAXWELL,       (03) | ) | |
| WILLIAM DUNN,        (04) | ) | |
| CRAIG CURTIS,        (05) | ) | |
| ALBERT POWELL, III,  (06) | ) | OLD TRIAL DATE: 04/12/05 |
| COREY MANLEY,        (07) | ) | NEW TRIAL DATE: 07/26/05 |
| VINCENT FURTADO, | ) | |
| a.k.a. "Ikaika",   (08) | ) | |
| BENJAMIN KAINA,      (10) | ) | |
| | ) | |
| Defendants. | ) | |

STIPULATION AND ORDER
CONTINUING TRIAL AND TO EXCLUDE TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the jury trial presently scheduled for April 12, 2005, be continued to July 26, 2005 at 9:00 a.m. before the Honorable Susan Oki Mollway. The Final Pretrial Conference

is set for June 27, 2005 at 10:00 a.m. before Magistrate Barry M. Kurren.

  IT IS FURTHER STIPULATED AND AGREED by and between the parties that the period beginning April 12, 2005, to and including July 26, 2005, be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161. The Court finds that the ends of justice outweigh the best interest of the public and the Defendants in a speedy trial because the continuance allows counsels for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. § 3161(h)(8)(B)(iv).

  IT IS SO STIPULATED.

  DATED: Honolulu, Hawaii, _____.

          EDWARD H. KUBO, JR.
          United States Attorney
          District of Hawaii

          By _____
           CHRIS A. THOMAS
           Assistant U.S. Attorney

ANTHONY CONTRERAS, ESQ.    ARNOLD A. PHILLIPS, II, ESQ.
Attorney for Defendant (02)   Attorney for Defendant (03)
ROMAN CALDERON        JASON MAXWELL

DWIGHT C. H. LUM, ESQ.     GARY G. SINGH, ESQ.
Attorney for Defendant (04)   Attorney for Defendant (05)
WILLIAM DUNN          CRAIG CURTIS

2

_____
SUZANNE T. TERADA, ESQ.
Attorney for Defendant (06)
ALBERT POWELL, III

_____
STEPHEN M. SHAW, ESQ.
Attorney for Defendant (07)
COREY MANLEY

_____
ALVIN P.K.K. NISHIMURA, ESQ.
Attorney for Defendant (08)
VINCENT FURTADO, aka "Ikaika"

_____
KATHERINE P. KEALOHA, ESQ.
Attorney for Defendant (10)
BENJAMIN KAINA


IT IS SO APPROVED AND SO ORDERED:

DATED:   Honolulu, Hawaii, _____.


_____
HONORABLE DAVID A. EZRA
United States Chief District Judge


United States v. Roman Calderon, et al.
Cr. No. 03-00495 DAE
"Stipulation and Order Continuing Trial and to Exclude Time"

3