# CONTRERAS & CAMPA, LLP

Wilshire Financial Tower
3600 Wilshire Boulevard, Suite 900
Los Angeles, California 90010
Telephone: (213) 480-8565
Facsimile: (213) 480-6675

September 13, 2005

Writer: Drago Campa, Esq.

United States Attorney
District of Hawaii
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850
**Attn: Chris Thomas**

Re:  *U.S. v. Calderon*
     *CR 03-00495*

Dear Mr. Thomas:

We are in receipt of your most recent facsimile transmission regarding your plea proposal. We look forward to working with you in an effort to hopefully arrive at an amicable resolution of this matter.

However, in light of the currently pending motion scheduled to be heard on September 22, 2005, we are in the process of preparing a proposed stipulation to continue the hearing date on said motion. We will forward said proposed motion to your office for review and consideration later this week.

Meanwhile, we are in the process of reviewing your proposed plea agreement with our client.

Thank you for your anticipated continued co-operation and professional courtesy regarding this matter.

Cordially,

Drago Campa, Esq.

bcc: Anthony Contreras, Esq.
(via hand delivery)

EXHIBIT H

```
TRANSMISSION VERIFICATION REPORT
```

```
                                        TIME : 09/13/2005 21:39
                                        NAME : CONTRERAS&CAMPA,LLP
                                        FAX  : 2134806675
                                        TEL  :
```

```
DATE,TIME         09/13 21:39
FAX NO./NAME      18085412958
DURATION          00:00:17
PAGE(S)           02
RESULT            OK
MODE              STANDARD
                  ECM
```