

**U.S. Department of Justice**

*United States Attorney*
*District of Hawaii*

---

PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850

(808) 541-2850
FAX (808) 541-2958

## TRANSMITTAL LETTER

TO: Anthony Contreras, Esq.
3600 Wilshire Blvd., Suite 900
Los Angeles, CA 90010

DATE: April 4, 2006

FROM: Chris A. Thomas, AUSA

RE: USA vs. Roman Calderon
Cr. No. 03-00495-02 DAE

TRANSMITTED FOR:

| | | |
|---|---|---|
| [ ] Your Information | | [ ] Your Further Necessary Action |
| [X] Your Signature & Return | | [ ] Your Approval |
| [ ] Your Signature & Forwarding as noted Below | | [ ] Your Review and Comment |
| | | [ ] Per Your Request |
| [ ] Per Our Conversation | | [ ] **SEE REMARKS BELOW** |

** SHOULD YOU HAVE QUESTIONS, PLEASE CALL OUR OFFICE **

| COPIES | DATE | DESCRIPTION |
|---|---|---|
| Original | – | Stipulation and Order Continuing Trial and to Exclude Time (07/25/06 Trial Date) |

REMARKS:


EXHIBIT I

EDWARD H. KUBO, JR.         #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI        #2286
Chief, Narcotics Section

CHRIS A. THOMAS             #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| ROMAN CALDERON,      (02) | ) | |
| JASON MAXWELL,       (03) | ) | |
| ALBERT POWELL, III,  (06) | ) | OLD TRIAL DATE: 02/07/06 |
| COREY MANLEY,        (07) | ) | NEW TRIAL DATE: 07/25/06 |
| | ) | |
| Defendants. | ) | |

STIPULATION AND ORDER
CONTINUING TRIAL AND TO EXCLUDE TIME

IT IS HEREBY STIPULATED AND AGREED by and between ~~the~~ parties herein that the jury trial presently scheduled for February 7, 2006, be continued to July 25, 2006 at 9:00 a.m. before the Honorable David Alan Ezra.  The Final Pretrial Conference is set for June 26, 2006 at 10:00 a.m. before

Magistrate Barry M. Kurren. Defendants' Motions Deadline is May 22, 2006, and Government's Response Deadline is June 5, 2006.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the period beginning February 7, 2006, to and including July 25, 2006, be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161. The Court finds that the ends of justice outweigh the best interest of the public and the Defendants in a speedy trial because the continuance allows counsels for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO STIPULATED.

DATED: Honolulu, Hawaii, _____.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
CHRIS A. THOMAS
Assistant U.S. Attorney

_____
ANTHONY CONTRERAS, ESQ.
Attorney for Defendant (02)
ROMAN CALDERON

_____
ARNOLD T. PHILLIPS, II, ESQ.
Attorney for Defendant (03)
JASON MAXWELL

_____
SUZANNE T. TERADA, ESQ.
Attorney for Defendant (06)
ALBERT POWELL, III

_____
STEPHEN M. SHAW, ESQ.
Attorney for Defendant (07)
COREY MANLEY

IT IS SO APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, _____.


_____
HONORABLE DAVID A. EZRA
United States Chief District Judge




United States v. Roman Calderon, et al.
Cr. No. 03-00495 DAE
"Stipulation and Order Continuing Trial and to Exclude Time"

3