

## U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

*PJKK Federal Building*      (808) 541-2850
*300 Ala Moana Blvd., Room 6-100*    FAX (808) 541-2958
*Honolulu, Hawaii 96850*

July 7, 2006

Via Facsimile No. (213) 480-6675

Mr. Drago Campa, Esq.
3600 Wilshire Blvd., Suite 900
Los Angeles, California 90010

      Re:    <u>U.S. v. Calderon, et al.</u>
             Cr. No. 03-00495 DAE

Dear Mr. Campa:

      I have made daily attempts to contact you since June 23, 2006 regarding the above-subject case. I have been unable to establish communication.

      From the inception of the case, Anthony Contreras and yourself have represented in good faith that your client intended to accept responsibility in his case. Mr. Calderon's case is part of a larger Organized Crime Drug Enforcement Task Force investigation that involved 8 Indictments and over 77 defendants. This case and your client is the last remaining defendant to be resolved. The plea agreement that I sent to you and Mr. Contreras in this case for your consideration from the inception of this case, based on our discussions, contain standard terms that have been accepted by all other defendants in this case to include defendants that are similarly situated to Mr. Calderon's position.

      My secretary sent to your office the stipulation to continue trial and to exclude time on April 4, 2006. I have not yet received the executed copy for filing. I was recently attempting to contact you to discuss final resolution of this case prior to the Pre-trial conference that was held on June 26, 2006. Despite my attempts, I have not received a reply from you. I was informed by counsel for Defendant Corey Manley that Mr. Manley intends to go to trial. Trial is scheduled for July 25, 2006. Counsel for Cory Manley has indicated that he will be filing a motion to continue the trial. I have been calling you for your position and have not received a response.



EXHIBIT J

Mr. Drago Campa, Esq.
July 7, 2006
Page 2

    Please call me so that we can resolve this case.

                                          Very truly yours,

                                          EDWARD H. KUBO, JR.
                                          United States Attorney
                                          District of Hawaii

                                          By _____
                                          CHRIS A. THOMAS
                                          Assistant U.S. Attorney