TOTTEN

## CONTRERAS & CAMPA, Attorneys at Law, LLP
3600 Wilshire Blvd., Suite 900
Los Angeles, California 90010
(213) 480-8565
Fax: (213) 480-6675

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO: (808) 541-2958

To: Chris A. Thomas, AUSA
Of: United States Attorney - Dist. Hawaii
From: Drago Campa, Esq.
Client/Matter: U.S. v. Calderon (02)
Date: July 19, 2006

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Letter of July 19, 2006 (original will not follow) | One (1) |
| | |
| | |

COMMENTS:

**CONFIDENTIALITY NOTICE:**
*The written message is for the exclusive use of the addressee and contains confidential, privileged and non-disclosable information. If the recipient of this message is not the addressee, or a person responsible for delivering the message to the addressee, such recipient is prohibited from reading, or using this message in any way. If you have received this message in error, please call us immediately and destroy the telecopy message.*

\* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (213) 480-8565.



EXHIBIT K

# CONTRERAS & CAMPA, LLP

*Litigation Lawyers*

*Wilshire Financial Tower*
3600 Wilshire Boulevard, Suite 900
Los Angeles, California 90010-2613

Telephone: (213) 480-8565
Telecopier: (213) 480-6675

July 19, 2006
*VIA TELECOPIER (808) 541-2958*

Chris A. Thomas
Assistant U.S. Attorney
Rm. 6-100, PJKK Federal Building
300 Ala Moana Boulevard,
Honolulu, Hawaii 96850

Re: U.S. v. Roman Calderon (02)

Dear Mr. Thomas:

Please allow this letter to memorialize our conversation of Monday, July 17, 2006, where you agreed to transmit to our office, before the close of business Thursday, July 20, 2006, pacific standard time, a fully revised proposed plea agreement for our review and consideration.

Thank you for your anticipated co-operation regarding this matter.

Cordially,

Drago Campa, Esq.

DC/lb

bcc: Anthony Contreras