

# U.S. Department of Justice

United States Attorney
District of Hawaii

PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850

(808) 541-2850
FAX (808) 541-2958

## TRANSMITTAL LETTER

TO: Anthony Contreras, Esq.
3600 Wilshire Blvd., Suite 900
Los Angeles, CA 90010

DATE: July 26, 2006

FROM: Chris A. Thomas, AUSA

RE: <u>USA vs. Roman Calderon</u>
Cr. No. 03-00495-02 DAE

TRANSMITTED FOR:

| | | | | |
|---|---|---|---|---|
| [ ] | Your Information | | [ ] | Your Further Necessary Action |
| [X] | Your Signature & Return | | [ ] | Your Approval |
| [ ] | Your Signature & Forwarding as noted Below | | [ ] | Your Review and Comment |
| | | | [ ] | Per Your Request |
| [ ] | Per Our Conversation | | [ ] | **SEE REMARKS BELOW** |

** SHOULD YOU HAVE QUESTIONS, PLEASE CALL OUR OFFICE **

| COPIES | DATE | DESCRIPTION |
|---|---|---|
| Original | – | Stipulation and Order Continuing Trial and to Exclude Time (11/28/06 Trial Date) |

REMARKS:


EXHIBIT L

EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI         #2286
Chief, Narcotics Section

CHRIS A. THOMAS              #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| | ) | |
| ROMAN CALDERON,      (02) | ) | OLD TRIAL DATE: 07/25/06 |
| COREY MANLEY,        (07) | ) | NEW TRIAL DATE: 11/28/06 |
| | ) | |
| Defendants. | ) | |

STIPULATION AND ORDER
CONTINUING TRIAL AND TO EXCLUDE TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the jury trial presently scheduled for July 25, 2006, be continued to November 28, 2006 at 9:00 a.m. before the Honorable David Alan Ezra.  The Final Pretrial Conference is set for October 30, 2006 at 10:00 a.m. before

Magistrate Leslie E. Kobayashi. Defendants' motions are due October 2, 2006, and the Government's responses are due October 16, 2006.

  IT IS FURTHER STIPULATED AND AGREED by and between the parties that the period beginning July 25, 2006, to and including November 28, 2006, be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161. The Court finds that the ends of justice outweigh the best interest of the public and the Defendants in a speedy trial because the continuance allows counsels for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. § 3161(h)(8)(B)(iv).

  IT IS SO STIPULATED.

//
//
//
//
//
//
//
//
//
//
//

DATED: Honolulu, Hawaii, _____.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


By _____
   CHRIS A. THOMAS
   Assistant U.S. Attorney


_____
ANTHONY CONTRERAS
Attorney for Defendant (02)
ROMAN CALDERON

_____
STEPHEN M. SHAW
Attorney for Defendant (07)
COREY MANLEY


IT IS SO APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, _____.



_____
HONORABLE DAVID ALAN EZRA
United States Judge




United States v. Roman Calderon, et al.
Cr. No. 03-00495 DAE
"Stipulation and Order Continuing Trial and
  to Exclude Time"

3