# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/19/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR03-00495DAE |
| CASE NAME: | USA v. (02) Roman Calderon |
| | (07) Corey Manley |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (02) Drago Campa |
| | (02) Ben Martin |
| | (07) Stephen M. Shaw |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | FTR C5 |
| DATE: | 3/19/2007 | TIME: | 10:25-10:26:56am |

COURT ACTION:  EP: Final Pretrial Conference - presence waived as to defendants 02 and 07.

At counsel's request and due to the fact that dispositive motions are set for 3/21/07 before Judge Ezra, Final Pretrial Conference continued to 3/28/07 at 2:00pm before Judge Koayashi.

Submitted by: Shari Afuso, Courtroom Manager