# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/22/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR03-00495DAE

CASE NAME:       USA v. (02) Roman Calderon

ATTYS FOR PLA:   Chris Thomas

ATTYS FOR DEFT:  (02) Drago Campa
                 (02) Anthony Contreras

INTERPRETER:

JUDGE:   Kevin S.C. Chang          REPORTER:   FTR C5

DATE:    3/22/2007                 TIME:       3:51-4:12:07pm

COURT ACTION:  EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew. Defendant present, in custody

Defendant sworn, questioned by the Court.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified.  Memorandum of Plea Agreement signatures verified.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

The Court cannot accept the defendant's guilty plea because counsel differ on the crime with which defendant is pleading to.  Consent and Plea Agreement returned to counsel.

Jury Trial date of 4/17/07 at 9:00am before Judge Ezra is put back on the calendar as to defendant 02.

Defendant remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager