# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/22/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR03-00495DAE

CASE NAME:        USA v. (02) Roman Calderon

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Kevin S.C. Chang          REPORTER:

DATE:     3/22/2007                 TIME:

COURT ACTION:  EO: Continued Motion For Withdrawal of Not Guilty Plea and to Plead Anew as to defendant 02 set 3/23/07 at 2:30pm before Judge Chang.  All counsel have been notified.

Submitted by: Shari Afuso, Courtroom Manager