# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/23/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR03-00495DAE |
| CASE NAME: | USA v. (02) Roman Calderon |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (02) Drago Campa |
| | (02) Anthony Contreras |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | FTR C5 |
| DATE: | 3/23/2007 | TIME: | 3:15:48-3:29:31pm |

COURT ACTION:  EP: **Continued** Motion For Withdrawal of Not Guilty Plea and to Plead Anew.  Defendant present, in custody

Court continues with the colloquy from the 3/22/2007 Motion For Withdrawal of Not Guilty Plea and to Plead Anew.

Defendant advised that he is still under oath.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate filed.  Memorandum of Plea Agreement signatures filed.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of "No Contest" as to Count 9 of the Indictment entered by the Defendant.  Court will treat the "No Contest" plea as a guilty plea.  Plea of Guilty as to Count 9 of the Indictment entered by the Defendant.  R&R signed, with 10 days to object.  Pursuant to Rule 32(c)(1)(a)(ii), the Court finds there is sufficient evidence to sentence defendant without a Pre-Sentence report.  Court questions and defendant waives his right to a Pre-Sentence report.

SENTENCING as to Count 9 of the Indictment set for 4/2/07 at 1:30 p.m. before Judge Ezra.

Jury Trial date of 4/17/07 at 9:00am before Judge Ezra is hereby vacated as to defendant 02.

Defendant remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager