# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br>
<br>
4/2/2007  4:30 pm<br>
<br>
SUE BEITIA, CLERK

CASE NUMBER:     CR 03-00495DAE

CASE NAME:       USA v. (02)Roman Calderon

ATTYS FOR PLA:   Chris Thomas

ATTYS FOR DEFT:  (02)Drago Campa

---

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/2/2007 | TIME: | 1:30pm-2:00pm |

---

COURT ACTION:  EP: Sentencing to Count 9 of the Indictment as to Defendant (02)Roman Calderon.

Defendant (02)Roman Calderon present in custody.

The Memorandum Plea Agreement is accepted.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (02)Roman Calderon.

SENTENCE:

Imprisonment:   TIME SERVED

Supervised Release:   3 YEARS

CONDITIONS:

1)   That the defendant shall abide by the standard conditions of supervision.

2)   That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3)   That the defendant not possess illegal controlled substances (mandatory condition)

4)   That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of

supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5) That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6) That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7) That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8) That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment: $100.00.

Defendant advised of his right to appeal.

Defendant to be released by the U.S. Marshals.

Supervision to be transferred to the Arizona Probation Office.

Submitted by: Theresa Lam, Courtroom Manager