EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495-02 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| ROMAN CALDERON,     (02) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses Counts 1, 2 and 6 of the Indictment against Defendant Roman Calderon ("Defendant Calderon") on the grounds that Defendant Calderon was charged and sentenced in the Indictment on April 2, 2007 and as set forth in a plea agreement.

Defendant Calderon is currently on supervised release.

DATED:  Honolulu, Hawaii,    April 5, 2007    .

>    EDWARD H. KUBO, JR.
>    UNITED STATES ATTORNEY
>    District of Hawaii
>
>
>    By /s/ Chris A. Thomas
>        CHRIS A. THOMAS
>        Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

DATED: Honolulu, Hawaii, April 6, 2007.



_____
David Alan Ezra
United States District Judge

United States v. Roman Calderon
Cr. No. 03-00495-02 DAE
"Order for Dismissal"