EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   #2286
Chief, Narcotics Section

CHRIS A. THOMAS       #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495-02 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| ROMAN CALDERON,   (02) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that the Order for Dismissal was signed and filed on April 6, 2007 and was served on the following counsel on April 6, 2007:

Served by First Class mail:

 ANTHONY CONTRERAS, ESQ.
 DRAGO CAMPA, ESQ.
 U.S. Bank Tower
 633 West 5th Street, Suite 2600
 Los Angeles, CA 90071

 Attorneys for Defendant
 ROMAN CALDERON

DATED: Honolulu, Hawaii, April 11, 2007

    EDWARD H. KUBO, JR.
    United States Attorney
    District of Hawaii


    By /s/ Chris A. Thomas
     CHRIS A. THOMAS
     Assistant U.S. Attorney


UNITED STATES v. ROMAN CALDERON
Cr. No. 03-00495-02 DAE
"Certificate of Service"