ORIGINAL

| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)*<br>CR 03-00495DAE-02 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)*<br>CR 07-5010 PHX |

FILED ___ LODGED ___
___ RECEIVED ___ COPY

DEC 0 6 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

| NAME OF PROBATIONER/SUPERVISED RELEASEE:<br>ROMAN CALDERON | DISTRICT<br>District of Hawaii | DIVISION<br>Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>David Alan Ezra | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>4/2/2007 | TO<br>4/1/2010 |

OFFENSE

CONSPIRACY TO KNOWINGLY AND INTENTIONALLY CONDUCT FINANCIAL TRANSACTIONS AFFECTING INTERSTATE COMMERCE, in violation of 18 U.S.C. § 1956(a)(1)(A)(i)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 28 2007

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Arizona</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

OCT 2 9 2007
_____                _____
Date                                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Arizona

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5 DEC 07
_____                _____
Effective Date                          United States District Judge